Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570
E-mail:   rwiden@htalaw.com

Attorneys For Defendants
CITY OF SANTA CLARA and
MICHAEL SELLERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MICHAEL SELLERS, Chief of Police for CITY OF SANTA CLARA, in his official capacity; and DOES 1-50, inclusive,<br><br>  Defendant. | Case No.: C13-3276 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO MANDATORY SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, that this case be referred to Magistrate Judge Nathanael Cousins for a Mandatory Settlement Conference to take place prior to March 21, 2014, in accordance with this Court's November 21, 2013 minute order (Docket #20).

Dated:   December 10, 2013         LAW OFFICES OF JOHN L. BURRIS

                    By:   */s/ DeWitt M. Lacy
                          DeWitt M. Lacy
                          Attorneys for Plaintiffs
                          *Mr. Lacy provided his consent that this document be electronically filed.

/

/

---

1

*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 JCS
Stipulation For Referral To Mandatory Settlement Conference

Dated:  December 10, 2013          HAAPALA, THOMPSON & ABERN, LLP

By:   /s/ Rebecca S. Widen
         Rebecca S. Widen
         Attorneys For Defendants
         CITY OF SANTA CLARA and
         MICHAEL SELLERS

**ORDER**

IT IS SO ORDERED that this case shall be referred to Magistrate Judge Nathanael Cousins for purposes of conducting a Mandatory Settlement Conference to take place prior to March 21, 2014.

Dated:  December 13, 2013

_____
Judge of the U.S.

IT IS SO ORDERED
Judge Edward M. Chen

2

*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 JCS
Stipulation For Referral To Mandatory Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570