1  JOHN L. BURRIS, Esq., (SBN 69888)
   DeWITT M. LACY, Esq., (SBN 258789)
2  **THE LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5  john.burris@johnburrislaw.com
   dewitt.lacy@johnburrislaw.com
6
   Attorneys for Plaintiff
7  A.C.

8

9                     **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN, | Case No.: C13-3276 EMC |
   |---|---|
13 | Plaintiff, | **STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND SETTLEMENT CONFERENCE DEADLINE** |
14 | v. | |
15 | CITY OF SANTA CLARA, et al., | Date:            February 24, 2014 |
   | | Courtroom:    5-17th Floor |
16 | Defendants. | Judge:           Hon. Edward M. Chen |

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff A.C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN and Defendants CITY OF SANTA CLARA, *et. al.* by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline to conduct a Mandatory Settlement Conference is presently set as March 20, 2014 for the following actions:

   A.C. v. CITY OF SANTA CLARA, *et. al.*

   (C13-3276 EMC)

2. Because the current deadline would not allow enough time for Plaintiff to conduct discovery necessary to participate meaningfully in settlement discussions, the parties have agreed to an extension of the deadline for 60 days. Plaintiff has discussed the extension of time to conduct the Mandatory Settlement Conference with United States Magistrate Judge Nathaniel Cousins. Judge Cousins did not indicate opposition to such a stipulation between the parties. Accordingly, the undersigned stipulate and agree to an extension of the deadline to conduct a Mandatory Settlement Conference currently set as March 20, 2014 to May 20, 2014 or, to a future date mutually convenient to both parties and the Court.

IT IS SO STIPULATED.

DATED: February 24, 2014         **Haapala, Thompson & Abern LLP**

                                  By: */s/*_____
                                       Rebecca Widen
                                       Attorney for Defendants

DATED: February 24, 2014         **THE LAW OFFICES OF JOHN L. BURRIS**

                                  By: */s/ DeWitt M. Lacy*
                                       DEWITT M. LACY
                                       Attorneys for Plaintiff

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

# [PROPOSED] ORDER

This matter comes before the Court upon both parties' Stipulation to extend the deadline to conduct a Mandatory Settlement Conference.  Upon careful scrutiny, and for good cause shown, the Court finds the stipulation well taken and grants the request to extend the deadline to conduct the Mandatory Settlement Conference.

Accordingly, it is hereby **ORDERED** that:

1. The deadline to conduct a Mandatory Settlement Conference, originally set for March 20, 2014, shall be extended to May 20, 2014.

.2.   Further CMC is reset to 6/5/2014 at 10:30 a.m.   An updated joint CMC statement shall be filed by 5/29/14.

**IT IS SO ORDERED**.

DATED: February___, 2014
       March 3, 2014

_____
DISTRICT COURT JUDGE



2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC