Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8534
E-mail:   rwiden@htalaw.com

Attorneys For Defendants
CITY OF SANTA CLARA, MIKE HORN,
NATHAN CRESCINI, JOSH HIGGINS,
FRANK HAGG, and TROY CARDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,,<br><br>Defendant. | Case No.:  C13-3276 EMC (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE** AS MODIFIED |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, that the Mandatory Settlement Conference currently scheduled on May 20, 2014, at 10:00 a.m., with Magistrate Judge Nathanael Cousins, be rescheduled.  The parties require additional time to meet and confer on discovery issues that have arisen with respect to document production and depositions that are necessary to a productive settlement

1  conference.

2      Counsel for the parties have obtained available dates from Judge Cousins' calendar

3  clerk, and after conferring, have selected <u>August 8, 2014</u> as the new date for the Mandatory

4  Settlement Conference.

5  Dated:  May 15, 2014        LAW OFFICES OF JOHN L. BURRIS

6

7            By:  */s/ DeWitt M. Lacy
              DeWitt M. Lacy

8                Attorneys for Plaintiffs
              *Mr. Lacy provided his consent that this

9                document be electronically filed

10  Dated:  May 15, 2014        HAAPALA, THOMPSON & ABERN, LLP

11

12            By:  /s/ Rebecca S. Widen
              Rebecca S. Widen

13                Attorneys for Defendants

14  **ORDER**

15      IT IS SO ORDERED that the Mandatory Settlement Conference currently scheduled for

16  May 20, 2014 be rescheduled to August 8, 2014 at ~~10:00 a.m.~~ 10:30 a.m. in Courtroom A, 15th Floor, San Francisco.

17  Dated:  May 15, 2014

18

19                Magistrate Judge Nathanael Cousins



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

2

*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 EMC (NC)
Stipulation And [Proposed] Order To Reschedule Mandatory Settlement Conference