Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
CITY OF SANTA CLARA, MIKE HORN,
NATHAN CRESCINI, JOSH HIGGINS,
FRANK HAGG, and TROY CARDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,,<br><br>Defendant. | Case No.: C13-3276 EMC (NC)<br><br>**STIPULATION AND [P<s>ROPOS</s>ED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, that the Case Management Conference currently scheduled on <u>June 12, 2014, at 10:30 a.m.</u> be continued.  The Case Management Conference date was originally set so that it occurred after the parties' scheduled Mandatory Settlement Conference on May 20, 2014.  However, the parties' Mandatory Settlement Conference was continued to

---

1

*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 EMC (NC)
Stipulation And [Proposed] Order To Continue Case Management Conference

1  August 8, 2014, at 10:00 a.m., and the parties agree that the Case Management Conference date

2  should be moved accordingly, to take place after August 8, 2014.

3  Dated:   June 4, 2014                         LAW OFFICES OF JOHN L. BURRIS

4

5                                               By:   */s/ DeWitt M. Lacy
                                                      DeWitt M. Lacy
6                                                     Attorneys for Plaintiffs
                                                      *Mr. Lacy provided his consent that this
7                                                     document be electronically filed

8  Dated:  June 4, 2014                         HAAPALA, THOMPSON & ABERN, LLP

9

10                                              By:   /s/ Rebecca S. Widen
                                                      Rebecca S. Widen
11                                                    Attorneys for Defendants

12                                              **ORDER**

13     IT IS SO ORDERED that the Case Management Conference currently scheduled for

14  June 12, 2014 be continued so that it takes place after the parties' August 8, 2014 Mandatory

15  Settlement Conference. The new date and time for the parties' Case Management Conference is

16  ~~_____~~.   August 28, 2014 at 10:30 a.m.   An updated joint CMC statement shall be filed by August 21, 2014.

17  Dated:    6/5/14

                                                _____
                                                Judge Edward M. Chen
                                                U.S. District Court Judge

                                                IT IS SO ORDERED AS MODIFIED
                                                /s/ Judge Edward M. Chen