Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:  510-763-2324
Fax:  510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
CITY OF SANTA CLARA, MIKE HORN,
NATHAN CRESCINI, JOSH HIGGINS,
FRANK HAGG, and TROY CARDIN

**FILED**

AUG 2 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,,<br><br>Defendant. | Case No.: C13-3276 EMC (NC)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, as follows:

1. The Court recently reset the parties' Case Management Conference, *sua sponte*, from August 28, 2014 to August 27, 2014, at 10:30 a.m.

2. Lead defense counsel, Rebecca Widen, has an unresolvable scheduling conflict

1

*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 EMC (NC)
Stipulation And [Proposed] Order To Continue Case Management Conference

1  on the new date set for the Case Management Conference, August 27, 2014, as she will be
2  attending a Mandatory Settlement Conference with Magistrate Judge Maria Elena James on that
3  date in case number 4:13-cv-04449-KAW, beginning at 10:00 a.m.
4       3.   The undersigned counsel have met and conferred, and selected
5  September 25, 2014, as an alternate date for the parties' Case Management Conference.  The
6  parties request that the Case Management Conference be continued to that date in light of
7  defense counsel's scheduling conflict.
8  Dated:   August 25, 2014                    LAW OFFICES OF JOHN L. BURRIS

10                             By:   */s/ DeWitt M. Lacy
                                     DeWitt M. Lacy
11                                   Attorneys for Plaintiffs
                                     *Mr. Lacy provided his consent that this
12                                   document be electronically filed

13 Dated:   August 25, 2014                    HAAPALA, THOMPSON & ABERN, LLP

15                             By:   /s/ Rebecca S. Widen
                                     Rebecca S. Widen
16                                   Attorneys for Defendants

17                                   **ORDER**

18       IT IS SO ORDERED that the Case Management Conference currently scheduled for
19 August 27, 2014 be continued to ~~August 25, 2014, at 10:30 a.m.~~ SEPTEMBER 18, 2014 AT 10:30 AM. JOINT CMC STATEMENT DUE BY SEPTEMBER 11, 2014.
20 Dated: AUGUST 26, 2014

                                     _____
                                     Judge Edward M. Chen
                                     U.S. District Court Judge

2
A. C., a minor, v. City of Santa Clara, et al.,/Case #C13-3276 EMC (NC)
Stipulation And [Proposed] Order To Continue Case Management Conference