Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
CITY OF SANTA CLARA, MIKE HORN,
NATHAN CRESCINI, JOSH HIGGINS,
FRANK HAGG, and TROY CARDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,,<br><br>Defendant. | Case No.:  C13-3276 HSG (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR FACT DISCOVERY, EXPERT DISCLOSURE/DISCOVERY AND DISPOSITIVE MOTIONS** |

The parties hereto, by and through their respective counsel, hereby stipulate and request that the current deadlines for fact discovery, expert disclosure and discovery, and dispositive motions be extended by approximately 30 days, as set forth below.  The current trial date would not be affected by the requested extension.

The reason for the requested extension is that the parties require additional time to

1

1  conduct discovery.  In particular, one of the defendant police officers is unable to sit for
2  deposition due to a serious injury he sustained in a car accident.  It is anticipated that the officer
3  will be able to sit for deposition by mid-March.  In addition, the parties require additional time
4  to complete other necessary party and witness depositions.  The parties expect to have these
5  depositions completed by the end of March or early April.  The undersigned attorneys are
6  working diligently to get these depositions scheduled in a coordinated and timely manner.

7  This is the first extension of the case schedule requested by the parties in this case.  The
8  parties have agreed upon, and request the Court to adopt, the following new case schedule:

| | |
|---|---|
| TRIAL DATE: | 9/8/2015, at 8:30 a.m. (same as orig. date) |
| FINAL PRETRIAL CONFERENCE: | 8/11/2015, at 3:00 p.m. |
| DISPOSITIVE MOTIONS: | Last day to be heard 7/2/2015, at 2:00 p.m. See Civil Local Rules for notice and filing requirements. |
| NON-EXPERT DISCOVERY CUT-OFF: | 4/7/2015 |
| EXPERT REPORTS: | Opening reports by 4/14/2015<br>Rebuttal reports by 5/5/2015 |
| EXPERT DISCOVERY CUT-OFF: | 5/22/2015 |

IT IS SO STIPULATED.

Dated:  February 19, 2015           LAW OFFICES OF JOHN L. BURRIS

By:    */s/ DeWitt M. Lacy
       DeWitt M. Lacy
       Attorneys for Plaintiffs
       *Mr. Lacy provided his consent that this
       document be electronically filed

Dated:  February 19, 2015           HAAPALA, THOMPSON & ABERN, LLP

By:    /s/ Rebecca S. Widen
       Rebecca S. Widen
       Attorneys for Defendants

2

*A. C., a minor, v. City of Santa Clara, et al.,/*Case #C13-3276 HSG (NC)
Stipulation And [Proposed] Order Extending Deadlines For Fact Discovery, Expert Disclosure/Discovery And Dispositive Motions

**ORDER**

The Court having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the current case schedule be extended as requested. The new case schedule shall be as follows:

| | |
|---|---|
| TRIAL DATE: | 9/8/2015, at 8:30 a.m. (same as orig. date) |
| FINAL PRETRIAL CONFERENCE: | 8/11/2015, at 3:00 p.m. |
| DISPOSITIVE MOTIONS: | Last day to be heard 7/2/2015 at 2:00 p.m. See Civil Local Rules for notice and filing requirements. |
| NON-EXPERT DISCOVERY CUT-OFF: | 4/7/2015 |
| EXPERT REPORTS: | Opening reports by 4/14/2015<br>Rebuttal reports by 5/5/2015 |
| EXPERT DISCOVERY CUT-OFF: | 5/22/2015 |

Dated:  2/23/2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

3

*A. C., a minor, v. City of Santa Clara, et al.,/*Case #C13-3276 HSG (NC)
Stipulation And [Proposed] Order Extending Deadlines For Fact Discovery, Expert Disclosure/Discovery And Dispositive Motions