UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.C.,

          Plaintiff,

    v.

CITY OF SANTA CLARA, et al.,

          Defendants.

Case No.  13-cv-03276-HSG

**ORDER**

Re: Dkt. No. 66

Having considered the parties' Joint Discovery Letter Brief submitted in the above-captioned matter, the Court orders Defendants to produce for *in camera* review: (1) the internal memorandum authored by Officer Crescini requested by Plaintiff's counsel and over which Defendants claim privilege; (2) the transcript of Officer Crescini's deposition in the *Weaver* matter and (3) the transcript of Officer Crescini's deposition in this matter.  Defendants are to deliver these documents to the Clerk's Office at the San Francisco Courthouse, 450 Golden Gate Avenue, 16th floor before 4 p.m. on March 24, 2015.

    **IT IS SO ORDERED.**

Dated:   March 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California