Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
CITY OF SANTA CLARA, MIKE HORN,
NATHAN CRESCINI, JOSH HIGGINS,
FRANK HAGG, and TROY CARDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,,<br><br>Defendant. | Case No.: C13-3276 HSG (NC)<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

The parties hereto, by and through their respective counsel, hereby stipulate and request that the expert disclosure and discovery deadlines be extended by approximately 35 days, as set forth below. The remainder of the case schedule, including the trial date, is not affected by the requested extension.

The reason for the requested extension is that the Defendants require additional time to

1

*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 HSG (NC)
Stipulation And [Proposed] Order Extending Expert Disclosure and Discovery Deadlines

1 receive recently discovered medical and mental health records of plaintiff which are relevant to
2 defense expert review and opinion.  The undersigned counsel are working cooperatively to
3 obtain the required authorizations from plaintiff, and anticipate that these records will be
4 available within the next 30 days.

5       This is the second extension requested by the parties in this case.

6       The parties have agreed upon, and hereby request the Court to adopt, the following new
7 case schedule:

| | |
|---|---|
| TRIAL DATE: | 9/8/2015, at 8:30 a.m. |
| FINAL PRETRIAL CONFERENCE: | 8/11/2015, at 3:00 p.m. |
| DISPOSITIVE MOTIONS: | Last day to be heard 7/2/2015, at 2:00 p.m. See Civil Local Rules for notice and filing requirements. |
| NON-EXPERT DISCOVERY CUT-OFF: | 4/7/2015 |
| EXPERT REPORTS: | Opening reports by 5/19/2015<br>Rebuttal reports by 6/2/2015 |
| EXPERT DISCOVERY CUT-OFF: | 6/19/2015 |

17 IT IS SO STIPULATED.

19 Dated:  March 31, 2015      LAW OFFICES OF JOHN L. BURRIS

By:  */s/ DeWitt M. Lacy
     DeWitt M. Lacy
     Attorneys for Plaintiffs
     *Mr. Lacy provided his consent that this
     document be electronically filed

24 Dated:  March 31, 2015      HAAPALA, THOMPSON & ABERN, LLP

By:  /s/ Rebecca S. Widen
     Rebecca S. Widen
     Attorneys for Defendants

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8534

2

*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 HSG (NC)
Stipulation And [Proposed] Order Extending Expert Disclosure and Discovery Deadlines

# ORDER

The Court having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the current case schedule be extended as requested. The new case schedule shall be as follows:

| | |
|---|---|
| TRIAL DATE: | 9/8/2015, at 8:30 a.m. |
| FINAL PRETRIAL CONFERENCE: | 8/11/2015, at 3:00 p.m. |
| DISPOSITIVE MOTIONS: | Last day to be heard 7/2/2015, at 2:00 p.m. See Civil Local Rules for notice and filing requirements. |
| NON-EXPERT DISCOVERY CUT-OFF: | 4/7/2015 |
| EXPERT REPORTS: | Opening reports by 5/19/2015<br>Rebuttal reports by 6/2/2015 |
| EXPERT DISCOVERY CUT-OFF: | 6/19/2015 |

Dated: April 1, 2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

3
*A. C., a minor, v. City of Santa Clara, et al.,*/Case #C13-3276 HSG (NC)
Stipulation And [Proposed] Order Extending Expert Disclosure and Discovery Deadlines