Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
CITY OF SANTA CLARA, MIKE HORN,
NATHAN CRESCINI, JOSH HIGGINS,
FRANK HAGG and TROY CARDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>                   Plaintiff,<br><br>          vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,,<br><br>                   Defendant. | Case No.:  C13-3276 HSG (NC)<br><br>**STIPULATION AND ORDER FURTHER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

The parties hereto, by and through their respective counsel, hereby stipulate and request that the expert disclosure and expert discovery deadlines be extended by approximately two weeks, as set forth below.  The remainder of the case schedule, including the trial date, is not affected by the requested extension.

The reason for the requested extension is that Plaintiff Austin Calhoun advised today

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8534

1

*A. C., a minor, v. City of Santa Clara, et al.,/Case #C13-3276 HSG (NC)*
Stipulation And [Proposed] Order Further Extending Expert Disclosure and Discovery Deadlines

that he has had a conflict arise which prevents him from attending his currently scheduled

Rule 35 examination on April 28, 2015 with neuropsychologist Ronald Ruff, PhD.  Today is the

last day to cancel the examination without incurring a cancellation fee from Dr. Ruff.

Dr. Ruff's next available appointment is May 14, 2015, which is only two business days

before the current deadline for disclosure of expert reports.  As Dr. Ruff requires more than two

business days to prepare his report, the parties have agreed to extend the current deadlines for

expert report disclosure, rebuttal report disclosure and expert discovery by two weeks, so that

the examination may proceed on May 14, 2015.

This is the third extension of the case schedule requested by the parties in this case.

The parties have agreed upon, and hereby request the Court to adopt, the following new

case schedule:

TRIAL DATE:                          9/8/2015, at 8:30 a.m. (same)

FINAL PRETRIAL CONFERENCE:           8/11/2015, at 3:00 p.m. (same)

DISPOSITIVE MOTIONS:                 Last day to be heard 7/2/2015, at 2:00 p.m.
                                     See Civil Local Rules for notice and filing
                                     requirements (same)

NON-EXPERT DISCOVERY CUT-OFF:        4/7/2015 (same)

EXPERT REPORTS:                      Opening reports by 6/5/15
                                     Rebuttal reports by 6/19/15

EXPERT DISCOVERY CUT-OFF:            7/8/2015

IT IS SO STIPULATED.

Dated:  April 23, 2015            LAW OFFICES OF JOHN L. BURRIS

                                 By:___*/s/ DeWitt M. Lacy_____
                                     DeWitt M. Lacy
                                     Attorneys for Plaintiffs
                                     *Mr. Lacy provided his consent that this
                                     document be electronically filed


Dated:  April 23, 2015            HAAPALA, THOMPSON & ABERN, LLP


                                 By:___/s/ Rebecca S. Widen_____
                                     Rebecca S. Widen
                                     Attorneys for Defendants

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

1

## <u>ORDER</u>

2      The Court having considered the parties' stipulation, and good cause appearing, IT IS

3  HEREBY ORDERED that the current case schedule be extended as requested.  The new case

4  schedule shall be as follows:

5      TRIAL DATE:                          9/8/2015, at 8:30 a.m.

6      FINAL PRETRIAL CONFERENCE:           8/11/2015, at 3:00 p.m.

7      DISPOSITIVE MOTIONS:                 Last day to be heard 7/2/2015, at 2:00 p.m.
                                            See Civil Local Rules for notice and filing
8                                           requirements

9
       NON-EXPERT DISCOVERY CUT-OFF:   4/7/2015
10
       EXPERT REPORTS:                      Opening reports by 6/5/15
11                                          Rebuttal reports by 6/19/15

12     EXPERT DISCOVERY CUT-OFF:            7/8/2015

13  Dated:  April 24, 2015

14                                    _____

15                                    Hon. Haywood S. Gilliam, Jr.
                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

*A. C., a minor, v. City of Santa Clara, et al.,/Case #C13-3276 HSG (NC)*
Stipulation And ~~[Proposed]~~ Order Further Extending Expert Disclosure and Discovery Deadlines