1  Rebecca S. Widen, SBN 219207
   HAAPALA, THOMPSON & ABERN, LLP
2  1939 Harrison Street, Suite 800
   Oakland, California 94612
3  Tel:    510-763-2324
   Fax:    510-273-8534
4  E-mail: rwiden@htalaw.com

5  Attorneys for Defendants
   CITY OF SANTA CLARA, MIKE HORN,
6  NATHAN CRESCINI, JOSH HIGGINS,
   FRANK HAGG, and TROY CARDIN

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN, | Case No.: C13-3276 HSG (NC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING REBUTTAL EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |
| vs. | |
| CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,, | |
| Defendant. | |

   The parties hereto, by and through their respective counsel, hereby stipulate and request that the rebuttal expert disclosure and discovery deadlines be extended by approximately two weeks, as set forth below. The remainder of the case schedule, including the trial date, is not affected by the requested extension.

   The reason for the requested extension is that Defendants anticipate that their rebuttal

1

*A. C., a minor, v. City of Santa Clara, et al.,/*Case #C13-3276 HSG (NC)
Stipulation And [Proposed] Order Extending Rebuttal Expert Disclosure And Discovery Deadlines

expert(s) will rely, in part, on the report of defense neuropsychologist Dr. Ruff in order to form their opinions in this matter. The deadline for disclosure of Dr. Ruff's opening report was recently extended to June 26, 2015, due to Plaintiff's failure to attend his originally-scheduled Rule 35 examination with Dr. Ruff (Docket #75). The parties now request that the rebuttal expert report and discovery deadlines be extended accordingly.

This is the fifth extension of the case schedule requested by the parties in this case. The parties have agreed upon, and request the Court to adopt, the following new case schedule. All previous dates remain unchanged; the only changes are the new deadlines applying to rebuttal expert disclosure and discovery.

| | |
|---|---|
| TRIAL DATE: | 9/8/2015, at 8:30 a.m. |
| FINAL PRETRIAL CONFERENCE: | 8/11/2015, at 2:30 p.m. |
| DISPOSITIVE MOTIONS: | Last day to be heard 7/2/2015 at 2:00 p.m. See Civil Local Rules for notice and filing requirements. |
| NON-EXPERT DISCOVERY CUT-OFF: | 4/7/2015 |
| OPENING EXPERT REPORTS: | 6/5/15 |
| DR. RUFF'S EXPERT REPORT: | 6/25/2015 |
| REBUTTAL EXPERT REPORTS: | 7/3/15 |
| OPENING EXPERT DISCOVERY CUTOFF: | 7/8/2015 |
| REBUTTAL EXPERT AND DR. RUFF DISCOVERY CUTOFF: | 7/10/2015 |

IT IS SO STIPULATED.

Dated: June 16, 2015    LAW OFFICES OF JOHN L. BURRIS

By: */s/ DeWitt M. Lacy
DeWitt M. Lacy
Attorneys for Plaintiffs
*Mr. Lacy provided his consent that this

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

document be electronically filed

Dated: June 16, 2015         HAAPALA, THOMPSON & ABERN, LLP

By:   /s/ Rebecca S. Widen
       Rebecca S. Widen
       Attorneys for Defendants

### **ORDER**

The Court having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the current case schedule be extended as requested. The new case schedule shall be as follows:

| | |
|---|---|
| TRIAL DATE: | 9/8/2015, at 8:30 a.m. |
| FINAL PRETRIAL CONFERENCE: | 8/11/2015, at 2:30 p.m. |
| DISPOSITIVE MOTIONS: | Last day to be heard 7/2/2015 at 2:00 p.m. See Civil Local Rules for notice and filing requirements. |
| NON-EXPERT DISCOVERY CUT-OFF: | 4/7/2015 |
| OPENING EXPERT REPORTS: | 6/5/15 |
| DR. RUFF'S EXPERT REPORT: | 6/25/2015 |
| REBUTTAL EXPERT REPORTS: | 7/3/15 |
| OPENING EXPERT DISCOVERY CUTOFF: | 7/8/2015 |
| REBUTTAL EXPERT AND DR. RUFF DISCOVERY CUTOFF: | 7/10/2015 |

Dated: 6/17/2015

*/s/ Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.
United States District Judge

3

*A. C., a minor, v. City of Santa Clara, et al.,/*Case #C13-3276 HSG (NC)
Stipulation And [Proposed] Order Extending Rebuttal Expert Disclosure And Discovery Deadlines