UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03276-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 77 |

On July 2, 2015, Plaintiff's counsel failed to appear for the scheduled hearing on Defendants' Motion for Summary Judgment. Counsel for Defendants appeared as required.

Plaintiff's counsel is ORDERED to show cause why counsel should not be sanctioned for failing to appear. Counsel must respond to this order by 9:00 a.m. on Monday, July 6, 2015.

**IT IS SO ORDERED.**

Dated: 7/2/2015

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge