UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03276-HSG<br><br>**ORDER**<br><br>Re: Dkt. No. 95 |

At the hearing on July 7, 2015 (which was rescheduled due to Plaintiff's counsel's failure to appear on the date originally set), the Court ordered Plaintiff's counsel to respond by July 17 to Defendant's administrative motion to dismiss Plaintiff's guardian ad litem. Dkt. No. 95. As of the date of this Order, no such brief has been filed. Plaintiff's counsel is ORDERED to file the brief by noon on Friday, July 24, 2015, and to show cause for his noncompliance with the Court's July 7 Order.

**IT IS SO ORDERED.**

Dated: July 22, 2015

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge