Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
CITY OF SANTA CLARA, MIKE HORN,
NATHAN CRESCINI, JOSH HIGGINS,
FRANK HAGG and TROY CARDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| A. C., a minor, by and through his Guardian Ad Litem, MARK CALHOUN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, a municipal corporation; MIKE HORN, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; NATHAN CRESCINI, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; JOSH HIGGINS, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; FRANK HAGG, individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; TROY CARDIN; individually and in his official capacities as a police officer for the CITY OF SANTA CLARA Police Department; and DOES 1-50, inclusive,,<br><br>Defendants. | Case No.: 3:13-cv-03276-HSG (NC)<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES BY ONE WEEK** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, as follows:

The parties request a one-week extension of the current pretrial deadlines in this matter, in order to allow additional time for the Court's ruling to be issued on defendants' pending motion for summary judgment and to allow the 9/1/15 settlement conference to take place prior

1  to the pretrial deadlines maturing.

2      If defendants' motion for summary judgment is granted in its entirety, the ruling will
3  eliminate the parties' need to incur the significant costs associated with pretrial preparation.  If
4  partial summary judgment is granted, the ruling will dictate what claims are going forward to
5  trial, and the parties will require this information prior to preparing their evidence and
6  arguments.

7      Additionally, the first of the current pretrial deadlines falls on the date the parties were
8  recently ordered to appear at a settlement conference with Magistrate Judge Nathanael Cousins,
9  on September 1, 2015 (Docket nos. 99, 100).  The parties wish to avoid the expense of pretrial
10 preparation prior to engaging in settlement negotiations, and also wish to avoid having that
11 deadline fall on a date where they are otherwise engaged in a court-ordered appearance at a
12 settlement conference.

13     For the foregoing reasons, the parties jointly request that the pretrial deadlines be
14 extended one week, as follows:

| | Old | New |
|---|---|---|
| Last day to provide to every other party a set of all proposed exhibits and documentary materials to be used in case in chief at trial, together with exhibit list | 9/1/15 | 9/8/15 |
| Last day to file motions in limine | 9/8/15 | 9/15/15 |
| Last day to file oppositions to motions in limine, joint pre-trial statement, jury instructions, voir dire, verdict forms, statement of case, optional trial brief | 9/15/15 | 9/22/15 |
| Pretrial conference | 9/29/15 | same |
| Trial | 10/13/15 | same |

24 Dated:  August 21, 2015          LAW OFFICES OF JOHN L. BURRIS

26                             By: */s/ DeWitt M. Lacy
                                 DeWitt M. Lacy
                                 Attorneys for Plaintiffs
                                 *Mr. Lacy provided his consent that this
                                 document be electronically filed.

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Dated:  August 21, 2013         HAAPALA, THOMPSON & ABERN, LLP


By:   /s/ Rebecca S. Widen
     Rebecca S. Widen
     Attorneys for Defendants

**ORDER**

IT IS SO ORDERED that the current pretrial deadlines are extended by one week, in accordance with the schedule set forth in the table above.

Dated:  August 24, 2015

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge