UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.C.,

        Plaintiff,

  v.

CITY OF SANTA CLARA, et al.,

        Defendants.

Case No. 13-cv-03276-HSG

**ORDER FURTHER EXTENDING PRETRIAL DEADLINES**

Re: Dkt. No. 105

The Court hereby modifies the existing pretrial schedule as follows:

| | Old | New |
|---|---|---|
| Last day to provide to every other party a set of all proposed exhibits and documentary materials to be used in case in chief at trial, together with exhibit list | 9/8/15 | 9/14/15 |
| Last day to file motions in limine | 9/15/15 | 9/21/15 |
| Last day to file oppositions to motions in limine, joint pre-trial statement, jury instructions, voir dire, verdict forms, statement of case, optional trial brief | 9/22/15 | 9/25/15 |
| Pretrial conference | 9/29/15 | 10/5/15 at 11:00 a.m. |
| Trial | 10/13/15 | same |

**IT IS SO ORDERED.**

Dated: 9/4/15

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge