UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.C.,

        Plaintiff,

    v.

CITY OF SANTA CLARA, et al.,

        Defendants.

Case No. 13-cv-03276-HSG

**ORDER**

Re: Dkt. No. 122

The Court has received Plaintiff's request to voluntarily dismiss the § 1983 causes of action in this matter (Dkt. No. 122). Plaintiff's counsel is ORDERED to submit a revised proposed voluntary dismissal which (1) contains the signatures of Plaintiff and Plaintiff's guardian ad litem; and (2) indicates whether the requested dismissal is with or without prejudice.

**IT IS SO ORDERED.**

Dated: September 25, 2015

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge