United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

A.C.,

            Plaintiff,

      v.

CITY OF SANTA CLARA, et al.,

            Defendants.

Case No.  13-cv-03276-HSG

**SCHEDULING ORDER**

     As discussed at the Case Management Conference and hearing held in this matter on

September 24, 2015, the Court sets the following schedule:

| | |
|---|---|
| Last day to exchange exhibit lists and exhibits | October 20, 2015 |
| Last day to file motions in limine | October 27, 2015 |
| Last day to file:  any oppositions to motions in limine, joint pretrial statement, jury instructions, voir dire, verdict forms, statement of the case, optional trial brief | November 3, 2015 |
| Pretrial Conference | November 17, 2015 at 3:00 p.m., Courtroom 15 |
| Trial (10 days anticipated) | **December 2, 2015**[*] at 8:30 a.m., Courtroom 15 |

    **IT IS SO ORDERED.**

Dated:   October 1, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[*] Due to a scheduling conflict, the Court has changed the trial start date from November 30, 2015 to December 2, 2015.